**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-7092**

─────────────

UNITED STATES OF AMERICA,

                         Plaintiff - Appellee,

        versus

JAMES CURTIS BLAKNEY,

                         Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Terrence W. Boyle, Chief District Judge, sitting by designation. (CR-94-54, CA-97-235-3-02)

─────────────

Submitted:  October 4, 2001          Decided:  October 12, 2001

─────────────

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

James Curtis Blakney, Appellant Pro Se.  Harry Thomas Church, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Curtis Blakney seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Blakney's Motion for Appeal of the Denial of Movant's § 2255 Motion, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. See Blakney v. United States, Nos. CR-94-54; CA-97-235-3-02 (W.D.N.C. filed June 8, 2001; entered June 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2